Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

PRISCO & SOVERIO, INC., Appellant, v. SERVICE BOND AND MORTGAGE CORPORATION and Others, Defendants, and ESTHER BIRNER and Others, Respondents. — Motion for reargument denied, with ten dollars costs. Present — Kapper, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID H. BERGMAN, Appellant.— Motion to enlarge time granted upon condition that appellant perfect the appeal for the November term, for which term the case is ordered on the calendar. Present — Kapper, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT H. BOWLEY, Appellant.— Motion to enlarge time granted upon condition that appellant perfect the appeal for the November term, for which term the case is ordered on the calendar. Present — Kapper, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS CONNELLY, Appellant.— Motion to vacate order dismissing appeal and to restore appeal to calendar denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY HARNASH, Appellant, and MALCOLM YOHANNAN, Defendant.— Motion to enlarge time granted upon condition that appellant perfect the appeal for the December term, for which term the case is ordered on the calendar. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SALVATORE MANNINO, Appellant.— Motion to enlarge time granted upon condition that appellant perfect the appeal for the November term, for which term the case is ordered on the calendar. Present — Kapper, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LAWRENCE J. O'NEILL, Appellant.— Motion to add appeal to the present calendar denied. Motion to adjourn argument until November term granted, and case ordered on the calendar for that term. Present — Kapper, Carswell, Scudder and Tompkins, JJ.: Lazansky, P. J., not voting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RUBEL COAL AND ICE COMPANY, a Corporation, Appellant.— Motion for permission to appear as amici curiæ denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALEXANDER H. WEEKS, Appellant.— Motion to enlarge time granted upon condition that appellant perfect the appeal for the November term, for which term the case is ordered on the calendar. Present — Kapper, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE WILLIAMS, Appellant.— Motion to dispense with printing record denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.